1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Canoo Technologies, Inc. <br><br> Plaintiff, <br><br> v. <br><br> Harbinger Motors, Inc., et al. <br><br> Defendants. | Case No. 2:22-CV-09309-FLA-JC <br><br> (Honorable Fernando L. Aenlle-Rocha) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF CANOO TECHNOLOGIES, INC.'S *EX PARTE* APPLICATON FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE [DKT. # 245]** |

1    On February 13, 2025, Plaintiff Canoo Technologies, Inc. ("Plaintiff") filed an
2  *ex parte* Application for Extension of Time to Respond to Order to Show Cause (the
3  "Application").
4    The Court, having considered Plaintiff's *ex parte* application, and finding good
5  cause therefore, hereby GRANTS the *ex parte* Application and ORDERS as follows:
6    The deadline to respond to Order to Show Cause is extended to March 18,
7  2025.
8    IT IS SO ORDERED.

10  Dated: February____, 2025                    _____
11                                                FERNANDO L. AENLLE-ROCHA
                                                  United States District Judge

1