Michael C. Wilson (admitted *pro hac vice*)
mwilson@munckwilson.com
Chase A. Cobern (admitted *pro hac vice*)
ccobern@munckwilson.com
William A. Munck (admitted *pro hac vice*)
wmunck@munckwilson.com
Sarah J. Lopano (admitted *pro hac vice*)
slopano@munckwilson.com
Tri T. Truong (admitted *pro hac vice*)
ttruong@munckwilson.com
Alexander D. Jablonski (admitted *pro hac vice*)
ajablonski@munckwilson.com
MUNCK WILSON MANDALA, LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
Telephone: (972) 628-3600

Marina Bogorad (SBN 217524)
mbogorad@munckwilson.com
MUNCK WILSON MANDALA, LLP
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 855-3311

*Proposed Counsel for Jeoffrey Burtch, Chapter 7 Trustee*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CANOO TECHNOLOGIES, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>HARBINGER MOTORS, INC., a Delaware Corporation; *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-CV-09309-FLA-JC<br><br>The Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF MICHAEL C. WILSON IN SUPPORT OF PLAINTIFF CANOO TECHNOLOGIES, INC. AND CHAPTER 7 TRUSTEE JEOFFREY BURTCH'S UNOPPOSED MOTION TO SUBSTITUTE CHAPTER 7 TRUSTEE AS REAL PARTY IN INTEREST** |

1

I, Michael C. Wilson, declare:

1. I am an attorney at law duly licensed to practice law before all the courts of the State of Texas, and I am admitted *pro hac vice* in this Court. I am a partner with the law firm of Munck Wilson Mandala, LLP, which is counsel of record in the above-captioned action for Plaintiff Canoo Technologies, Inc. ("Plaintiff"), and proposed counsel of record for Chapter 7 Trustee Jeoffrey Burtch (the "Trustee"). I have personal knowledge of each matter stated herein. If called as a witness, I can and will competently testify to the following:

2. I make this Declaration in support of Plaintiff's and the Trustee's Unopposed Motion to Substitute Chapter 7 Trustee as Real Party in Interest.

3. Pursuant to Local Rule 7-3, on February 20 and 21, 2025, I provided notice of the substance of the Application by email to Mr. Jonathan P. Bach of Shapiro Arato Bach, LLP, counsel for Defendants Harbinger Motors Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow.

4. On February 21, 2025, Defendants' counsel responded by indicating that Defendants do not oppose the motion, subject to the plaintiff parties obtaining the appropriate approvals from the bankruptcy court.

5. On February 19, 2025, the Trustee filed an application in the bankruptcy court to retain the undersigned counsel to continue prosecuting the claims alleged in this action against Defendants (the "Application"), a true and correct copy of which is attached hereto as Exhibit A.

6. The Application is expected to be approved on or before March 14, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 25, 2025, at Dallas, Texas.

                                                             */s/ Michael C. Wilson*
                                                             Michael C. Wilson