# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Canoo Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Harbinger Motors, Inc., *et al*., <br><br> Defendants. | Case No. 2:22-CV-09309-FLA-JC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF CANOO TECHNOLOGIES, INC. AND CHAPTER 7 TRUSTEE JEOFFREY BURTCH'S UNOPPOSED MOTION TO SUBSTITUTE CHAPTER 7 TRUSTEE AS REAL PARTY IN INTEREST [DKT. NO. 247]** |

1  On February 25, 2025, Plaintiff Canoo Technologies, Inc. ("Canoo") and Chapter 7 Trustee Jeoffrey Burtch (the "Trustee") filed a Motion to Substitute Chapter 7 Trustee as Real Party in Interest (the "Motion").

The Court, having considered the Motion, and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

The Trustee is substituted for Canoo as the plaintiff and real party in interest in the claims alleged in this action.

    IT IS SO ORDERED.

Dated: February____, 2025      _____
                                        HON. FERNANDO L. AENLLE-ROCHA
                                            United States District Judge