# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CANOO INC. *et al.*,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 12, 2025 AT 11:00 A.M. (ET)**

**\*\*THIS HEARING HAS BEEN CANCELLED BY THE COURT\*\***

MATTERS NOT GOING FORWARD:

1. Application to Employ Cozen O'Connor as Counsel to Chapter 7 Trustee [Docket No. 32; filed on 2/17/2025]

   Response Deadline:   March 5, 2025 at 4:00 p.m. ET

   Related Documents:

   A)   Certificate of No Objection Regarding Chapter 7 Trustee's Application to Employ Cozen O'Connor as Counsel [Docket No. 64; filed on 3/6/2025];

   B)   Order Approving Application to Employ Cozen O'Connor as Counsel [Docket No. 69; entered on 3/7/2025]

   Status:   An Order has been entered; this matter will not be going forward.

2. Motion of IPFS Corporation of California for Relief from the Automatic Stay to Terminate Insurance Policies Effective January 17, 2025 [Docket No. 39; filed on 2/21/2025]

   Response Deadline:   March 5, 2025 at 4:00 p.m. ET

   Related Documents:

   A)   Certificate of No Objection to the Motion of IPFS Corporation of California for Relief from the Automatic Stay to Terminate Insurance Policies Effective January 17, 2025 [Docket No. 66; filed on 3/6/2025];

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

    B)    Order Approving Motion of IPFS Corporation of California for Relief from the Automatic Stay to Terminate Insurance Policies Effective January 17, 2025 [Docket No. 70; entered on 3/7/2025]

    Status:    An Order has been entered; this matter will not be going forward.

RESCHEDULED MATTER:

3. Application of Chapter 7 Trustee to Retain Munck Wilson Mandala, LLP as Special Counsel for Intellectual Property Matters [Docket No. 35; filed: 2/19/2025]

    Response Deadline:    March 5, 2025 at 4:00 p.m. ET[2]

    Related Documents:

    C)    Notice of Rescheduled Hearing on Application of Chapter 7 Trustee to Retain Munck Wilson Mandala, LLP as Special Counsel for Intellectual Property Matters [Docket No. 60; filed 3/6/2025];

    Status:    This matter has been rescheduled for hearing on April 2, 2025 at 10:00 a.m. (ET).

**COZEN O'CONNOR**

Dated: March 10, 2025

*/s/ Gregory F. Fischer*
Mark E. Felger (#3919)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Tel: (302) 295-2000
Email: mfelger@cozen.com
       gfischer@cozen.com

*Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee*

---

[2] The Trustee has extended the response deadline to March 28, 2025 at 4:00 p.m. for Harbinger Motors only.