Jonathan P. Bach (pro hac vice)
Cynthia S. Arato (SBN: 156856)
Daniel J. O'Neill (pro hac vice)
Denae Kassotis (pro hac vice)
**SHAPIRO ARATO BACH LLP**
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
T: (212) 257-4880
jbach@shapiroarato.com
carato@shapiroarato.com
doneill@shapiroarato.com
dkassotis@shapiroarato.com

Max J. Sprecher, Esq. (SBN: 169285)
**LAW OFFICES OF MAX J. SPRECHER**
5850 Canoga Avenue, 4th Floor
Woodland Hills, CA 91367
T: (818) 996-2255
F: (818) 996-4204
max@sprecherlaw.com

Attorneys for Defendants Harbinger Motors Inc.,
John Harris, William Eberts, Phillip Weicker,
Alexi Charbonneau, and Michael Fielkow

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CANOO TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARBINGER MOTORS, INC.; a Delaware Corporation; *et al.*,<br><br>Defendants. | Case No. 2:22cv09309 FLA (JCx)<br>Filed: December 22, 2022<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

**APPLICATION**

Pursuant to Local Rule 79-5.2.2, Defendants Harbinger Motors Inc., John Harris, Will Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow ("Defendants") respectfully submit this application for leave to file under seal certain materials related to their Opposition to Plaintiff's *Ex Parte* Application to Continue Case Schedule.

The materials requested to be sealed are as follows:

| **Document** | **Portion to Be Sealed** |
|---|---|
| Defendants' Opposition to Plaintiff's *Ex Parte* Application to Continue Case Schedule | Portions of document as highlighted.<br><br>The highlighted portions reference Court Orders that are currently sealed (Dkts. 251, 252, 253); Plaintiff's Initial Identification of Trade Secrets, which the Court previously authorized to be filed under seal (Dkts. 171, 202, 210, 234); the transcript of the Dec. 20, 2023 hearing before the Court, which the Court previously authorized to be filed under seal (Dkts. 179, 202, 210); and the transcript of a deposition in which the questions and testimony discussed material that Plaintiff has designated "Highly Confidential" under the Stipulated Protective Order (Dkt. 163) |
| Exhibit 1 to Bach Declaration (transcript of Dec. 20, 2023 hearing before the Court) | Entire document.<br><br>The Court sealed this proceeding on the record and previously authorized the transcript to be filed under seal on December 20, 2023, February 20, 2024, and February 28, 2024 (Dkts. 179, 202, 210). |

| | |
|---|---|
| Exhibit 2 to Bach Declaration (transcript of May 8, 2025 deposition of John Maxin) | Entire document.<br><br>The questions and testimony discuss material that Plaintiff has designated "Highly Confidential" under the Stipulated Protective Order (Dkt. 163). |

A party seeking to seal court records must overcome a "strong presumption" in favor of the public's right to access those records. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). The above-listed materials constitute or reference documents this Court has previously sealed, as well as material Plaintiff has designated "Highly Confidential," though Defendants do not concede that the materials Plaintiff has designated "Highly Confidential" warrant such treatment. Defendants defer to the Court's judgment in seeking to file these materials under seal. Plaintiff has advised that it does not oppose sealing these materials.

For the foregoing reasons, Defendants respectfully submit this application requesting that the above materials be sealed and protected from public disclosure.

Dated: August 13, 2025     Respectfully submitted,

SHAPIRO ARATO BACH LLP

 /s/ Jonathan P. Bach
Jonathan P. Bach
Cynthia S. Arato
Daniel J. O'Neill
Denae Kassotis

*Attorneys for Defendants Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow*