**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**
**REDACTED IN ENTIRETY**

# Exhibit 1