UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CANOO TECHNOLOGIES, INC., a Delaware Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>HARBINGER MOTORS, INC., a Delaware Corporation; *et al.*,<br><br>*Defendants*. | Case No. 2:22cv09309 FLA (JCx)<br><br>The Hon. Fernando L. Aenlle-Rocha<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

This matter comes before the Court on the Application of Defendants Harbinger Motors Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow ("Defendants") for leave to file under seal certain materials related to their Opposition to Plaintiff's *Ex Parte* Application to Continue Case Schedule.

Having fully considered the Application and all documents filed in support thereof, and good cause appearing therefor, the Court hereby orders as follows:

1. Defendants' Application is GRANTED; and

2. Defendants' Opposition shall be filed under seal as follows:

| Document | Portion Sealed |
|---|---|
| Defendants' Opposition to Plaintiff's *Ex Parte* Application to Continue Case Schedule | Portions of document as highlighted. |
| Exhibit 1 to Bach Declaration | Entire document. |
| Exhibit 2 to Bach Declaration | Entire document. |

The foregoing materials shall be sealed.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable Fernando L. Aenlle-Rocha
UNITED STATES DISTRICT JUDGE