Jonathan P. Bach (pro hac vice)
Cynthia S. Arato (SBN: 156856)
Daniel J. O'Neill (pro hac vice)
Denae Kassotis (pro hac vice)
**SHAPIRO ARATO BACH LLP**
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
T: (212) 257-4880
jbach@shapiroarato.com
carato@shapiroarato.com
doneill@shapiroarato.com
dkassotis@shapiroarato.com

Max J. Sprecher, Esq. (SBN: 169285)
**LAW OFFICES OF MAX J. SPRECHER**
5850 Canoga Avenue, 4th Floor
Woodland Hills, CA 91367
T: (818) 996-2255
F: (818) 996-4204
max@sprecherlaw.com

Attorneys for Defendants Harbinger Motors Inc.,
John Harris, William Eberts, Phillip Weicker,
Alexi Charbonneau, and Michael Fielkow

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CANOO TECHNOLOGIES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> HARBINGER MOTORS, INC.; a Delaware Corporation; *et al.*, <br><br> Defendants. | Case No. 2:22cv09309 FLA (JCx) <br> Filed: December 22, 2022 <br><br> **DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

Case No. 2:22cv09309 FLA (JCx)
APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

# APPLICATION

Pursuant to Local Rule 79-5.2.2, Defendants Harbinger Motors Inc., John Harris, Will Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow ("Defendants") respectfully submit this application for leave to file under seal certain information in their Response to Plaintiff's Notice of Supplemental Authority Re: *Ex Parte* Application To Continue Case Schedule.

The materials requested to be sealed are as follows:

| Document | Portion to Be Sealed |
| --- | --- |
| Defendants' Response to Plaintiff's Notice of Supplemental Authority Re: *Ex Parte* Application To Continue Case Schedule | Portions of document as highlighted.<br><br>The highlighted portions reference Court Orders that are currently sealed (Dkts. 251, 252). |

A party seeking to seal court records must overcome a "strong presumption" in favor of the public's right to access those records. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). The above-listed document references orders this Court has previously sealed. Defendants defer to the Court's judgment in seeking to file these materials under seal. Given the expedited nature of this filing, Defendants have not been able to determine whether Plaintiff opposes sealing these materials.

For the foregoing reasons, Defendants respectfully submit this application requesting that the above materials be sealed and protected from public disclosure.

Dated:  August 14, 2025                    Respectfully submitted,

SHAPIRO ARATO BACH LLP


 /s/ Jonathan P. Bach
Jonathan P. Bach
Cynthia S. Arato

1  Daniel J. O'Neill
2  Denae Kassotis

3  *Attorneys for Defendants Harbinger Motors, Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow*