# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CANOO TECHNOLOGIES, INC., a Delaware Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>HARBINGER MOTORS, INC., a Delaware Corporation; *et al*.,<br><br>*Defendants*. | Case No. 2:22cv09309 FLA (JCx)<br><br>The Hon. Fernando L. Aenlle-Rocha<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

This matter comes before the Court on the Application of Defendants Harbinger Motors Inc., John Harris, William Eberts, Phillip Weicker, Alexi Charbonneau, and Michael Fielkow ("Defendants") for leave to file under seal certain information in their Response to Plaintiff's Notice of Supplemental Authority Re: *Ex Parte* Application to Continue Case Schedule.

Having fully considered the Application and all documents filed in support thereof, and good cause appearing therefor, the Court hereby orders as follows:

1. Defendants' Application is GRANTED; and

2. Defendants' Response to Plaintiff's Notice of Supplemental Authority Re: *Ex Parte* Application to Continue Case Schedule shall be filed under seal as follows:

| Document | Portion Sealed |
|---|---|
| Defendants' Response to Plaintiff's Notice of Supplemental Authority Re: *Ex Parte* Application to Continue Case Schedule | Portions of document as highlighted. |

The foregoing materials shall be sealed.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable Fernando L. Aenlle-Rocha
UNITED STATES DISTRICT JUDGE