Jonathan P. Bach (pro hac vice)
Cynthia S. Arato (SBN: 156856)
Daniel J. O'Neill (pro hac vice)
Denae Kassotis (pro hac vice)
**SHAPIRO ARATO BACH LLP**
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
T: (212) 257-4880
jbach@shapiroarato.com
carato@shapiroarato.com
doneill@shapiroarato.com
dkassotis@shapiroarato.com

Max J. Sprecher, Esq. (SBN: 169285)
**LAW OFFICES OF MAX J. SPRECHER**
5850 Canoga Avenue, 4th Floor
Woodland Hills, CA 91367
T: (818) 996-2255
F: (818) 996-4204
max@sprecherlaw.com

Attorneys for Defendants Harbinger Motors Inc.,
John Harris, William Eberts, Phillip Weicker,
Alexi Charbonneau, and Michael Fielkow

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CANOO TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARBINGER MOTORS, INC.; a Delaware Corporation; *et al.*,<br><br>Defendants. | Case No. 2:22cv09309 FLA (JCx)<br>Filed: December 22, 2022<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in New York, New York. I am over the age of 18 and not a party to the action. My business address is 1140 Avenue of the Americas, 17th Floor, New York, NY 10036.

On August 14, 2025, I caused Docket Nos. 262 and 262-1 in the above-captioned matter to be served on counsel for the party shown below, by directing the documents to be transmitted electronically to the following e-mail addresses:

| | |
|---|---|
| Michael C. Wilson<br>William A. Munck<br>Sarah J. Lopano<br>Chase A. Cobern<br>Alex Jablonski<br><br>MUNCK WILSON MANDALA, LLP<br>mwilson@munckwilson.com<br>wamunck@munckwilson.com<br>slopano@munckwilson.com<br>ccobern@munckwilson.com<br>ajablonski@munckwilson.com | Counsel for Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 14, 2025

Respectfully submitted,

/s/ Jonathan P. Bach
Jonathan P. Bach